AMELIA CARROLL, Appellant, *v.* GIMBEL BROTHERS, NEW YORK, Respondent.

*Appeal — order of Appellate Division reversing on facts and granting new trial — appeal therefrom dismissed.*

*Carroll* v. *Gimbel Brothers, New York,* 195 App. Div. 444, appeal dismissed.

(Argued June 13, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1921, reversing on the facts a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

*Charles R. O'Connor* and *George L. Donnellan* for appellant.

*Sylvan Gotshal* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.